IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Case No. 06-cr-00076-PSF-4

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4.    JOLANTA MOGIELNICKA CHMURA,

    Defendant.

## ORDER CONCERNING DISCLOSURE OF GRAND JURY MATERIAL

This matter is before the Court on the Government's Motion for an Order Permitting Disclosure of Grand Jury Material to the Defense (Dkt. # 38). Upon consideration of the government's motion, it is

ORDERED as follows:

1.    Pursuant to Rule 6(e)(3)(E)(i), the Government may disclose Grand Jury materials to defense counsel of record in the above-captioned case.

2.    In order to protect Grand Jury secrecy, defense counsel shall make only such copies as are necessary to prepare a defense in this criminal case. Defense counsel shall keep a written record concerning how many copies were made, to whom those copies were delivered or transmitted and the date of delivery or transmission. Defense counsel shall also deliver or transmit a copy of this order with the materials. <u>No person, other than defense counsel, shall make any copy of these materials for any purpose whatsoever</u>. At the conclusion of the case in this Court, by entry of the court's

judgment, counsel shall, within ten days, collect all such copies, return them to the Government, and file a certification of compliance with this order with the Court.

    3.    Copies of Grand Jury materials may be only used in connection with this criminal proceeding, and any further dissemination or use is prohibited.

DATED: April 10, 2006

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge